March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

,      Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/VIDEOCONFERENCE**

\_\_\_\_\_-CR-_____(\_\_\_)(\_\_\_)

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_    Initial Appearance/Appointment of Counsel

\_\_\_    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_    Preliminary Hearing on Felony Complaint

\_\_\_    Bail/Revocation/Detention Hearing

\_\_\_    Status and/or Scheduling Conference

\_\_\_    Misdemeanor Plea/Trial/Sentence


/S/ Derell Louissaint (by Zawadi Baharanyi)                   /s/
Defendant's Signature                                     Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____             _____
Print Defendant's Name                                    Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing technology.

                                                                  Kevin Nathaniel Fox

_____                       _____
Date                                                                     U.S. District Judge/U.S. Magistrate Judge